KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7249
    E-Mail: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0375 SI |
|     Plaintiff, | |
|     v. | NOTICE OF DISMISSAL |
| BARTHOLOMEW JOSEPH ALEXIS, | (San Francisco Venue) |
|     Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case. As the Court is aware, the charges in this case have been supplanted by the defendant's indictment in CR 06-0428 SI.

DATED: September 1, 2006                     Respectfully submitted,

                                                        KEVIN V. RYAN
                                                        United States Attorney

                                                        /S/

                                                       ANDREW M. SCOBLE
                                                     Assistant U.S. Attorney

NOTICE OF DISMISSAL
(CR 05-0375 SI)

Case 3:05-cr-00375-SI    Document 468    Filed 09/07/2006    Page 2 of 2

1      Leave is granted to the government to dismiss the indictment. It is further ordered that
2  the arrest warrant issued in connection with the indictment is quashed.

4  Date: _____    _____
                                                                HON. SUSAN ILLSTON
5                                                                United States District Judge

NOTICE OF DISMISSAL
(CR 05-0375 SI)