| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | ANDREW M. SCOBLE (CASBN 124940)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7249 |
| 7 | E-Mail: andrew.scoble@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0375 SI |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| BARTHOLOMEW JOSEPH ALEXIS, | ) | |
| | ) | (San Francisco Venue) |
| Defendant. | ) | |
| | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case. As the Court is aware, the charges in this case have been supplanted by the defendant's indictment in CR 06-0428 SI.

DATED: September 1, 2006         Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/S/

ANDREW M. SCOBLE
Assistant U.S. Attorney

NOTICE OF DISMISSAL
(CR 05-0375 SI)

1

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: _____

_____
HON. SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
(CR 05-0375 SI)

2